

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: ROSA SERRANO, | § | No. 08-15-00285-CV |
| | § | |
| | § | AN ORIGINAL PROCEEDING ON |
| Relator. | § | |
| | § | PETITION FOR HABEAS CORPUS |
| | § | |

## MEMORANDUM OPINION

Relator, Rosa Serrano, has filed a petition for writ of habeas corpus seeking relief from two contempt orders entered by the Honorable Virgil Mulanax, Presiding Judge of the County Court at Law No. 7 of El Paso County, Texas. The requested relief is denied.

This is the third original proceeding Relator has filed with respect to one of the contempt orders. *See In re: Rosa Serrano*, 08-15-00284-CV, 2015 WL 5440820 (Tex.App.--El Paso September 16, 2015, orig. proceeding); *In re: Rosa Serrano*, 08-15-00269-CV, 2015 WL 4940045 (Tex.App.--El Paso August 19, 2015, orig. proceeding). In cause number 08-15-00269-CV, we expressly denied relief due to procedural defects and some of those same defects are present in this case.

Relator's petition is defective because it is not certified as required by TEX.R.APP.P. 52.3(j). Further, Relator has failed to satisfy her burden of providing the Court with a record sufficient to establish her right to habeas corpus relief. According to the petition, Judge Mulanax

entered two orders on June 17, 2015 holding Relator in contempt and ordering her confined in the El Paso County Jail.  A party who files a petition for writ of habeas corpus in a court of appeals is required to include with the petition an appendix containing a certified or sworn copy of any order complained of and proof that the relator is restrained.  TEX.R.APP.P. 52.3(k)(1)(A), (D).  Relator has included in her appendix a copy of the contempt orders, but she has not provided any proof that she is restrained.  Additionally, Relator has not filed a reporter's record of the contempt hearing.  *See* TEX.R.APP.P. 52.7(a).  Accordingly, we deny the petition for writ of habeas corpus.

September 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)